### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| ) | |
| v. ) | |
| ) | No.  12-10085-04-MLB |
| ) | |
| MARIO CANTU, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**UNITED STATE'S MOTION FOR CONTINUED STAY AND
REVOCATION OF MAGISTRATE'S ORDER OF RELEASE
(Pursuant to 18 U.S.C. § 3145 (a) and D. Kan. Rule 72.1.4(e))**

Comes now Aaron L. Smith, Assistant United States Attorney and requests the Court to continue the stay of execution of the magistrates' order of release, and to revoke the order of release, entered by the Honorable Magistrate Judge Kenneth G. Gale on April 30, 2012 in the District of Kansas - Wichita Division, pursuant to 18 U.S.C. § 3145(a) and D. Kan. Rule 72.1.4(e):

1. The defendant, Mario Cantu, was indicted in the District of Kansas on March 27, 2012 in one count of Conspiracy to Distribute More Than 5 kilograms of Cocaine, pursuant to 21 U.S.C. § 846(a)(1), and three counts of Use of a Communication Facility in Furtherance of Said Conspiracy, pursuant to  21 U.S.C. §§ 843(b) (Doc. 1).   The United States alleges that the defendant was a supplier of cocaine to the co-defendants named in the Conspiracy reflected in Count One of the indictment (Doc. 1).

2. The Pre Trial report provided to the Magistrate and attorneys at the first appearance of the defendant reflected the criminal history of the defendant and the recommendations of the United States Probation Office.  The United States Probation Office recommended detention.

3. The penalty prescribed for count 1 carries a minimum sentence of 10 years and a maximum sentence of life imprisonment. 21 U.S.C. § 841(b)(1)(A). Consequently, a rebuttable presumption exists under 18 U.S.C. § 3142(e)(3)(A) that no conditions of release would assure the safety of the community and the defendant's appearance as required.

4. On April 30, 2012, a detention hearing was held. Despite the presumption of detention, the recommendations of the government, and the probation office that there was no condition or combination of conditions that would reasonably assure either the defendant's appearance in court, or the safety of the community, the defendant was released on conditions. The Magistrate Judge stayed execution of the order of release for 24 hours. A written Order of Release was filed May 1, 2012 (Doc.105).

5. Motions for review by a district court of a magistrate's order must be filed within 10 days of the entry of the order. D. Kan. Rule 72.1.4(e). The filing of this Motion is thus timely.

6. The district court conducts a de novo review, and makes its own determinations without deference to the magistrate judge's findings. *United States v. Cisneros*, 328 F.3d 610, 616, n. 1 (10th Cir. 2003 ); *See also*, *United States v. Lutz*, 207 F.Supp.2d 1247, 1251 (D. Kan. 2002) (and cases cited therein). The court is not required to reinitiate all proceedings, but may incorporate the magistrate's findings of fact. *Lutz*, 207 F.Supp.2d at 1251. In conducting its de novo review, the district court considers the factors stated in 18 U.S.C. § 1342(g) pertaining to whether release is appropriate. These include: (1) the nature and circumstances of the offense charged, including whether the offense involves a narcotic drug; (2) the weight of the evidence against the person; and (3) the history and characteristics of the person, including the person's character, family ties, employment, financial resources, length of residence in the community, community ties, past

conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and the nature and seriousness of the danger to any person or the community that would be posed by the person's release.  18 U.S.C. § 3142(g).

7.  The United States submits the information contained with the bond report, the specific history and characteristics of the defendant, and the presumption of detention in this case establish that the defendant should have been detained pending trial.

Therefore, the  United States requests that the Court issue a continued stay of the Magistrate's order denying detention; revoke the magistrate's order releasing the defendant; and order defendant be detained pending trial.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney


s/ Aaron L. Smith
AARON L. SMITH, #20447A
Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Telephone: (316) 269-6481
Fax: (316) 269-6484
aaron.smith3@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the appropriate parties.

s/ Aaron L. Smith
AARON L. SMITH
Assistant U.S. Attorney