*U.S.A. v. Cantu*, 12-10085-MLB
Response to Government's Petition

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 12-10085-MLB |
| | ) |
| MARIO CANTU, | ) |
|     Defendant. | ) |
| _____ | ) |

### RESPONSE TO GOVERNMENT'S PETITION TO REVOKE BOND

**COMES NOW**, the defendant Mario Cantu, by and through his attorney Mark T. Schoenhofer, and responds to the government's petition to revoke bond pursuant to 18 U.S.C. 3148(b). The government submits that the defendant violated an important term of his bond, by: "contact[ing], directly or indirectly [a] person who is or may be a victim or witness in the investigation or prosecution, including: co-defendants." In support of its petition, the government attached copies of postings from the defendant's Facebook page. Weeks ago, the defendant posted photographs of Arnulfo Garcia and Juvenal Fernandez, and a portion of a DEA report. The defendant referred to Garcia and Fernandez as "snitches."

The defendant prays that this Court will not revoke his bond for the following reasons:

1.) Within days after the defendant's original release from custody, individuals suspected of being the Juvenal Fernandez' drug suppliers kicked in the defendant's neighbor's door, yelling for the defendant to come out. These individuals were driving a vehicle with New Mexico plates. The neighbor called police, and a report of the investigation was made.

*U.S.A. v. Cantu*, 12-10085-MLB
Response to Government's Petition

    2.) Since the incident at the neighbor's house, the defendant and his mother have observed unknown cars sitting outside their home on several occassions. The individuals from New Mexico have continued to make their presence known to the defendant.

    3.) Approximately three days before the defendant posted the subject information on his Facebook page, the New Mexico individuals showed up at his door. The individuals accused the defendant of being a snitch, and advised him that he was responsible for Juvenal's $250,000 debt, since he was responsible for Juvenal's arrest. These individuals insisted that the defendant repay them immediately. The defendant insisted that he was not a snitch, and had nothing to do with Juvenal's arrest; however, the individuals did not believe the defendant. The individuals repeatedly referred to the fact that the defendant was out of custody, while Fernandez was in custody, when calling him a snitch.

    4.) Counsel for the defendant received a phone call from AUSA Debra Barnett regarding the information on Facebook. Defense counsel contacted the defendant, and instructed him to remove the information, and to return his copy of the discovery to counsel's office. The defendant promptly complied. Defense counsel then called AUSA Barnett, and explained why the defendant posted the information.

    5.) The defendant posted the information on Facebook in an effort to persuade the New Mexico individuals that he was not the snitch. The subject information was not posted to contact any witness or co-defendant. Rather, it was posted to convince the individuals from New Mexico that defendant had nothing to do with the arrest of Arnulfo Garcia and Juvenal Fernandez, or the loss of their product (worth $250,000.00). The information pointed to the fact that Juvenal Fernandez

*U.S.A. v. Cantu*, 12-10085-MLB
Response to Government's Petition

and Arnulfo Garcia were the snitches.  Defendant acted out of fear for the safety of his family and for his own safety--in and out of prison, when posting the information.

      6.)  Defendant is expected to report to prison very soon.  So, revocation of his bond at this point–even if the Court believes the defendant has violated a term of bond–would come but a few short days before  he is to report to prison.  The defendant did not exercise the best judgment when responding to the threats in the above referenced manner; however, the information only appeared on line for a short period.  The defendant promptly complied with the U.S. Attorney's request to remove the material, and has complied otherwise complied with every condition of his bond.

      **WHEREFORE**, the defendant prays that this Court not revoke his bond, and deny the government's petition.

      Respectfully submitted,

      /S Mark T. Schoenhofer, Attorney
      Mark T. Schoenhofer, #15781
      1631 E. 1st Street
      Wichita, Kansas 67214
      316-262-5400
      Fax: 316-262-1787
      Email: mydefensefirst@yahoo.com

*U.S.A. v. Cantu*, 12-10085-MLB
Response to Government's Petition

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he electronically filed the foregoing response with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/S Mark T. Schoenhofer, Attorney
Mark T. Schoenhofer, #15781